JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEFFREY E. STAPLES, Washington Bar No. 45035
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
E-Mail: jeff.staples@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AHMAD MALIK BOWMAN, | Case No. 2:23-cv-01741-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| MARTIN O'MALLEY, Commissioner of Social Security,[1] | |
| Defendant. | |

The parties, through their respective counsel, stipulate to the following matters. The Commissioner's final decision should be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ). The ALJ should further develop the record, as appropriate, and issue a new decision. The ALJ should obtain additional vocational expert

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Under Fed. R. Civ. P. 25(d), Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit because of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

testimony and identify a significant number of jobs available in the national economy that Plaintiff can perform. The ALJ should reevaluate the step-five findings, as necessary.

Remand should be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff should be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff should be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the Commissioner's final decision.

Dated: February 14, 2024            Respectfully submitted,

*/s/ Marc Kalagian*
MARC KALAGIAN
(*as authorized via email on January 31, 2024)
Attorney for Plaintiff

Dated: February 14, 2024            Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Jeffrey E. Staples*
JEFFREY E. STAPLES
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED:  2/16/2024

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused a copy of the above **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** to be served upon the following by:

**CM/ECF:**
Marc Kalagian
Marc.Kalagian@rksslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2024

/s/ *Jeffrey E. Staples*
JEFFREY E. STAPLES
Special Assistant United States Attorney